UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEVI A. BENSON, | Case No. 4:25-cv-00574-BLW |
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| JUDGE BRYAN KAY MURRY, | |
| Defendant. | |

Plaintiff Levi A. Benson filed an application to proceed without prepayment of fees[1] and a proposed complaint on October 8, 2025. Dkts. 1, 2. On December 1, 2025, Benson moved for a default judgment. Dkt. 7. The Court issued an order on January 2, 2026 granting his application for leave to proceed *in forma pauperis* and denying his motion for default judgment. Dkt. 8. The Court also dismissed Benson's Complaint without prejudice. *Id*.

Benson's Complaint alleged a cause of action for misconduct against Judge

---

[1] Benson filed two additional applications for leave to proceed *in forma pauperis*. Dkts. 4, 6. The Court did not consider these two additional applications, as they did not provide any meaningful additions to his original application. Dkt. 8 at 1 n.1.

**MEMORANDUM DECISION AND ORDER - 1**

Bryan Kay Murray, an Idaho State Court magistrate judge, in case number CV01-25-09504. Dkt. 2-1 at 1. This Court dismissed Benson's Complaint because he appeared to allege that Judge Murray's misconduct was entering a default judgment against Benson—a judicial act for which Judge Murray has absolute immunity from civil liability for damages. Dkt. 8 at 4-6.

That dismissal was without prejudice, providing Benson the opportunity to amend his Complaint within twenty-eight (28) days. Dkt. 8 at 8. In that order, the Court stressed that any claim he may bring could not stem from Judge Murray's judicial acts, nor could any claim be an attempt to appeal, or re-litigate, case number CV01-25-09504 in this Court. Dkt. 8 at 5-6.

Benson did not amend his Complaint within the deadline. On February 6, 2026, judgment was entered in favor of Judge Murray, and the case was dismissed without prejudice. Dkt. 9.

On April 13, 2026, Benson filed a "Motion to Reopen Case." Dkt. 10. In that filing, Benson stated that he "would like to pay filing fees in which the reason for denial was insufficient data for approval." *Id*.

That motion is denied. If Benson is under the impression that his case was dismissed because he did not pay filing fees, he is mistaken. As his application to proceed *in forma pauperis* was granted, he was permitted to file without

**MEMORANDUM DECISION AND ORDER - 2**

prepayment. The Court first grants or denies the *in forma pauperis* application based on a "plaintiff's financial resources alone *and then independently* determines whether to dismiss the complaint on the grounds that it is frivolous." *Franklin v. Murphy*, 745 F.2d 1221, 1226 n.5 (9th Cir. 1984) (emphasis added). Rather, the Court dismissed this case because the allegation in his Complaint was barred by judicial immunity. To continue his case, Benson would have to amend his Complaint to state claims against Judge Murray not precluded by judicial immunity.  Benson did not amend within the twenty-eight (28) day window, prompting dismissal.

Because this case was dismissed without prejudice, Benson has the option to pursue his claim in a new case. A dismissal without prejudice "does not bar the plaintiff from refiling the lawsuit within the limitations period." *Dismissal*, Black's Law Dictionary (12th ed. 2024). Because refiling opens a new case, as opposed to simply continuing this one, Benson must file a complaint and either pay the filing fees or apply for leave to proceed *in forma pauperis*. The Court will again note that this original case was dismissed because Benson did not state a claim upon which relief could be granted—it will be futile to simply reuse the Complaint in this case. If Benson so chooses to refile, his complaint must state a cause of action against Judge Murray not foreclosed by absolute judicial immunity.

**MEMORANDUM DECISION AND ORDER - 3**

## ORDER

**IT IS ORDERED that:**

1.    Plaintiff's Motion to Reopen Case (Dkt. 10) is **DENIED**.

DATED: July 23, 2026

B. Lynn Winmill
U.S. District Court Judge